# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00243 AWI BAM |
| Plaintiff, | **ORDER DESIGNATING DATE OF ARRIVAL OF DEFENDANT AND SERVICE OF ORDER** |
| vs. | |
| ISMAEL OLIVERA-RUELAS, | |
| Defendant. | |
| _____/ | |

On April 9, 2013, this Court ordered defendant to psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b).   Defendant arrived at the Federal Detention Center, SeaTac, Washington on April 30, 2013.  The Court has received a request from the Federal Detention Center that the 30-day study period pursuant to 18 U.S.C. §4247(b) begin on the date of arrival.

For good cause shown, the Court GRANTS the request.  The Court finds that commitment for the evaluation commenced upon defendant's arrival the Federal Detention Center.

The Clerk is directed to serve a copy of this order on Cynthia A. Low, Ph.D., Forensic Psychologist, FDC SeaTac, 2425 South 200th Street, Seatac, WA 98198.

IT IS SO ORDERED.

**Dated:   May 7, 2013**          _____/s/ **Barbara A. McAuliffe**_____
UNITED STATES MAGISTRATE JUDGE

1