**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ISMAEL OLIVERA-RUELAS,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 12-CR-00243 AWI BAM<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL** |

The Court has received documents related to a psychiatric or psychological examination of defendant. For good cause shown, the Court ORDERS that the documents, Report dated June 7, 2013 and Letter dated June 13, 2013, BE FILED UNDER SEAL.   These documents shall not be unsealed absent further order of the court.   The clerk is directed to serve the attorney for each party with this order and the sealed documents.

IT IS SO ORDERED.

Dated:　**October 29, 2013**　　　　　　　/s/ *Barbara A. McAuliffe*

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1