HEATHER E. WILLIAMS, #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ISMAEL OLIVERA-RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00243 AWI-BAM |
|---|---|---|
| Plaintiff, | ) | ORDER FOR DEFENDANT'S TREATMENT AND HOUSING |
| v. | ) | |
| ISMAEL OLIVERA-RUELAS, | ) | |
| Defendant. | ) | |

On February 10, 2014, following hearing on Defendant's motion regarding competency, the Court found Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Having found the Defendant incompetent, **IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. §4241(d), that the defendant is committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility and that the Marshals Service shall forthwith transport the defendant accordingly.

IT IS SO ORDERED.

Dated:   March 13, 2014                              _____
                                                                              SENIOR DISTRICT JUDGE