1

2

3

4

5

6                                      **UNITED STATES DISTRICT COURT**

7                                      **EASTERN DISTRICT OF CALIFORNIA**

8

9     **UNITED STATES OF AMERICA,**              **CASE NO. 1:12-CR-00243 AWI BAM**

10                        **Plaintiff,**          **ORDER DIRECTING THE CLERK OF**
                                                  **THE COURT TO FILE DOCUMENTS**
11              **v.**                            **RECEIVED ON OCTOBER 10, 2014**
                                                  **UNDER SEAL**
12    **ISMAEL OLIVERA-RUELAS,**

13                        **Defendant.**

14

15

16

17            On October 10, 2014, the Court received confidential medical records concerning

18    Defendant.   The Court finds that, in the interests of justice, these documents should be filed under

19    seal.   Accordingly, the Clerk of the Court is DIRECTED to file the October 10, 2014 documents

20    under seal.  The Court and attorneys representing the parties in this action shall be given access to

21    these sealed documents.

22

23    IT IS SO ORDERED.

24    Dated:   October 16, 2014             _____

25                                          SENIOR  DISTRICT  JUDGE

26

27

28