UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISMAEL OLIVERA-RUELAS,<br><br>　　　　　Defendant. | CASE NO. 1:12-CR-0243 AWI BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO FILE DOCUMENTS DATED JANUARY 5, 2015 UNDER SEAL |

　　　The Court is in receipt of confidential medical records concerning Defendant dated January 5, 2015. The Court finds that, in the interests of justice, these documents should be filed under seal. Accordingly, the Clerk of the Court is DIRECTED to file the January 5, 2015, documents under seal. The Court and attorneys representing the parties in this action shall be given access to these sealed documents.

IT IS SO ORDERED.

Dated:　January 21, 2015　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE