BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ISMAEL OLIVERA-RUELAS,<br><br>             Defendant. | CASE NO.  1:12-CR-00243-AWI-BAM<br><br>ORDER |

On October 19, 2015, an oral motion was made on behalf of the defendant, ISMAEL OLIVERA-RUELAS, requesting an order for psychiatric examination pursuant to 18 U.S.C. § 4241. The government had no objection to the relief requested. Upon consideration, the Court finds that there is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

///

///

///

///

///

ORDER                                                                  1

IT IS HEREBY ORDERED that the Motion for Psychiatric Examination pursuant to 18 U.S.C. § 4241(b) and §§ 4247(b) & (c) is GRANTED.  Defendant shall undergo a psychiatric examination at a federal facility designated by the Bureau of Prisons.  The United States Marshals Service is directed to provide a copy of this Order to the Warden of the Medical Center for Federal Prisoners to which defendant ISMAEL-OLIVERA-RUELAS is committed for treatment.

IT IS SO ORDERED.

Dated:   November 12, 2015                    _____
                                                                        SENIOR  DISTRICT  JUDGE