BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL OLIVERA-RUELAS,<br><br>Defendant. | CASE NO. 1:12-CR-00243-AWI-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference was held in this case on October 19, 2015. During that appearance the court ordered the parties to draft and submit a proposed order for a psychological evaluation to be done by the Bureau of Prisons. The scheduled the next status conference for January 19, 2016 at 10:00 a.m.

2. The parties filed a Proposed Order for a psychiatric examination on November 10, 2015.

3. The Court signed the order for a psychiatric examination on November 12, 2015. Defendant was order to undergo a psychiatric examination at a federal facility designated by the Bureau of Prisons.

4. On January 4, 2015, Warden Ingram of the Federal Detention Center, Seattle,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  Washington, requested that the 30-day examination of defendant commence on December 29, 2015,
2  because that is the day defendant arrived at the facility.  The examination period would then end on
3  January 28, 2016, and a final report would be submitted no later than February 11, 2016.
4      5.    The Court agreed to the timeframe set out by the Bureau of Prisons, and directed the
5  parties to choose a mutually convenient date after February 11, 2016.
6      6.    The parties conferred and agreed on February 16, 2016, at 10 a.m.
7      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
8  within which trial must commence, the time period of January 19, 2015 to February 16, 2016 inclusive,
9  is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A), because delay resulting from any
10 proceeding, including any examinations, to determine the mental competency or physical capacity of the
11 defendant, must be excluded.
12     8.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
13 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
14 must commence.
15     IT IS SO STIPULATED.

Dated:  January 14, 2016                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ VINCENZA RABENN
                                                        VINCENZA RABENN
                                                        Assistant United States Attorney


Dated:  January 14, 2016                                /s/ MARC DAYS
                                                        MARC DAYS
                                                        Counsel for Defendant
                                                        ISMAEL OLIVERA-RUELAS

BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00243-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ISMAEL OLIVERA-RUELAS, | |
| Defendant. | |

**IT IS SO ORDERED** that the status conference be continued to February 16, 2016 at 10:00 am in courtroom 2 on the 7th floor.

IT IS SO ORDERED.

Dated:   January 15, 2016                    _____
                                              SENIOR  DISTRICT  JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3