UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 16 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL OLIVERA-RUELAS,<br><br>Defendant. | No. 1:12-cr-00243-AWI-BAM<br><br>**ORDER REGARDING CONTINUING COMMITMENT** |

After hearing on February 16, 2016 pursuant to 18 U.S.C. §§ 4246 and 4247(d), by stipulation of the parties, the Court finds continuing clear and convincing evidence that the release of the defendant, Ismael Olivera-Ruelas, would create a substantial risk of bodily injury to another person or serious damage to property of another due to Mr. Olivera-Ruelas' present mental disease or defect. Accordingly, Mr. Olivera-Ruelas' commitment to the custody of the Attorney General is hereby continued until further order of the court.

Upon recommendation of Federal Detention Center Warden C. Ingram in correspondence to the court dated February 3, 2016, it is ordered that Mr. Olivera-Ruelas be returned to a Federal Medical Center for further evaluation and treatment.

A review hearing is scheduled for June 13, 2016. The Federal Medical Center is respectfully requested to submit an updated evaluation and report regarding Mr. Olivera-Ruelas' mental competency prior to that date.

IT IS SO ORDERED.

Dated: February 16, 2016

_____
Anthony W. Ishii
Senior United States District Judge

1