PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00243 AWI-BAM |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR PSYCHIATRIC EXAM |
| v. | |
| ISMAEL OLIVERA-RUELAS | |
| Defendant. | |

On December 12, 2016, an oral motion was made on behalf of the defendant, ISMAEL OLIVERA-RUELAS, requesting an order for a psychiatric examination pursuant to 18 U.S.C. §4241. This Court had previously ordered defendant undergo a psychiatric examination, on November 12, 2015. [Dkt. 62].

On February 16, 2016, the defendant, while in the custody of the Attorney General for purposes of a competency evaluation, allegedly attacked and cut a federal officer with a razor. The Government disclosed the nature of the incident and the available reports to the defendant.

A psychological examination was performed, and report prepared, by Clinical Psychologist Richart L. DeMier. Clinical Psychologist DeMier's report is dated May 2, 2016, and reported that defendant is competent. The report notes the defendant suffers from a

psychotic disorder and refuses medication. The report does not address the incident of February 16, 2016.

Upon consideration, the Court finds that there is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, IT IS HEREBY ORDERED that the Motion for Psychiatric Examination, pursuant to 18 U.S.C. §4241 and §§4247(b) & (c) is GRANTED.  Defendant shall undergo a psychiatric or psychological examination at a federal facility designated by the Bureau of Prisons.  18 U.S.C. §4241 and §4247(b) authorizes this Court to order a psychiatric or psychological examination, and to remand defendant to the custody of the Attorney General for a period not to exceed 45 days.

The United States Marshals Service is directed to provide a copy of this Order to the Warden of the Medical Center for Federal Prisoners to which defendant ISMAEL OLIVERA-RUELAS is committed for treatment.  The Court encourages the evaluating psychiatrist or psychologist to obtain from either the defense or government necessary records and prior reports, including records related to the February 16, 2016, incident.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   January 30, 2017                              _____
                                                                              SENIOR  DISTRICT  JUDGE