# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff**<br><br>        **v.**<br><br>**ISMAEL OLIVERA-RUELAS,**<br><br>        **Defendant** | **CASE NO. 1:12-CR-00243-AWI-BAM**<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW COURT ORDER** |

On June 13, 2017, this Court issued a Pretrial Order (Doc. No. 75) in which the parties were directed to file proposed jury instructions and verdict forms no later than 4:00 p.m. on September 25, 2017. Despite the Court's order, the parties did not file proposed jury instructions and verdict forms or provide an explanation to the Court for their failure to do so. The Trial Confirmation Hearing in this matter is set for October 2, 2017. Trial in this matter is set for October 17, 2017. In order for the trial to function smoothly, the Court ordered that proposed jury instructions and verdict forms must be filed by 4:00 p.m. on September 25, 2017. The parties' failure to comply with the Court's order jeopardizes the efficiency of the trial.

Given the parties' failure to file proposed jury instructions and verdict forms by the Court-ordered deadline, the Court will set a new deadline for the parties to file proposed jury instructions and verdict forms in compliance with the requirements of Section IV of the Pretrial Order and to show cause in writing why sanctions should not be imposed for failure to obey the Pretrial Order. See Doc. No. 75, Section IV and pg. 8.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. No later than Thursday, September 28, 2017, at 4:00 p.m., the parties shall file proposed jury instructions and verdict forms in compliance with the requirements of Section IV of the Pretrial Order (Doc. No. 75) and show cause in writing why sanctions should not be imposed for failure to obey the Pretrial Order; and

2. Failure to timely comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: September 26, 2017

_____
SENIOR DISTRICT JUDGE