HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISMAEL OLIVERA-RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00243 AWI / BAM |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | ) ) | |
| ISMAEL OLIVERA-RUELAS, | ) ) | DATE: May 14, 2018 |
| Defendant. | ) ) | TIME: 10:00 a.m. JUDGE: Anthony W. Ishii |
| | ) ) | |

**IT IS HEREBY STIPULED** by and through the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Ismael Olivera-Ruelas, that the status conference currently set for April 9, 2018 at 10:00 a.m., may be rescheduled to Monday, May 14, 2018 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The reason for the request is that the parties are in the process of plea negotiations but have not yet reached a resolution. The parties agree that the delay resulting from the continuance shall be excluded until May 14, 2018, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: April 5, 2018          By:     /s/ Vincenza Rabenn
                                      VINCENZA RABENN
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: April 5, 2018          By:     /s/ Peggy Sasso
                                      PEGGY SASSO
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ISMAEL OLIVERA-RUELAS




**O R D E R**


IT IS SO ORDERED.

Dated:   April 6, 2018          _____
                                SENIOR  DISTRICT  JUDGE