| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | PEGGY SASSO #228906 |
| | CHARLES J. LEE #221057 |
| 3 | Assistant Federal Defenders |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ISMAEL OLIVERA-RUELAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0243 AWI |
| | ) | |
| *Plaintiff*, | ) | DEFENDANT'S *UNOPPOSED* MOTION TO SET STATUS CONFERENCE; ORDER |
| vs. | ) | |
| | ) | |
| ISMAEL OLIVERA-RUELAS, | ) | |
| | ) | |
| *Defendant*. | ) | |

Defense counsel, Assistant Federal Defenders Peggy Sasso and Charles J. Lee, hereby move to set this matter for a status conference on July 29, 2019 at 9:45 a.m. Assistant U.S. Attorney Vincenza Rabenn does not oppose this motion.

Trial in this matter is set for September 17, 2019, and the global plea offer that would resolve both matters in the Eastern District of California as well as the District of Nevada is due to expire on August 1, 2019. Defense counsel has been unable to communicate with Mr. Olivera-Ruelas and given the upcoming dates in this case a status conference is needed at this time. Accordingly, defense counsel respectfully requests that the matter be set for a status conference on July 29, 2019 at 9:45 a.m.

///

///

///

Dated: July 17, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Peggy Sasso*
PEGGY SASSO
CHARLES J. LEE
Assistant Federal Defenders
Attorneys for Defendant
ISMAEL OLIVERA-RUELAS

# **O R D E R**

**IT IS SO ORDERED.** A status conference in the above matter is set for July 29, 2019 at 9:45 a.m.

IT IS SO ORDERED.

Dated: July 17, 2019

_____
SENIOR DISTRICT JUDGE